United States Bankruptcy Court
Eastern District of New York

In re:                                                          Case No. 19-43237-ess
Raymond T Johnson,, II                                          Chapter 7
Vanessa M Johnson
       Debtors

## CERTIFICATE OF NOTICE

District/off: 0207-1          User: admin          Page 1 of 2          Date Rcvd: Sep 17, 2019
                             Form ID: 318DF7       Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2019.
db/jdb      Raymond T Johnson,, II,  Vanessa M Johnson,  218 Montreal Ave,
            Staten Island, NY  10306-3910
smg        +NYC Department of Finance,  345 Adams Street,   Office of Legal Affairs,
            Brooklyn, NY 11201-3739
smg        +NYS Unemployment Insurance,  Attn: Insolvency Unit,  Bldg. #12, Room 256,
            Albany, NY 12240-0001
9563221     Citi,  PO Box 6190,  Sioux Falls, SD  57117-6190
9563222     Citibank/the Home Depot,  Attn: Recovery/Centralized Bankruptcy,  PO Box 790034,
            Saint Louis, MO  63179-0034
9563224     Citicards Cbna,  PO Box 6217,  Sioux Falls, SD  57117-6217
9563225    +Costco Go Anywhere Citicard,  Citicorp Credit Services/Centralized Ban,  PO Box 790040,
            Saint Louis, MO 63179-0040
9563231     Nissan Motor Acceptance Corp,  PO Box 742657,  Cincinnati, OH  45274-2657
9563232     Nissan Motor Acceptance Corp/Infinity Lt,  Attn: Bankruptcy,  PO Box 660360,
            Dallas, TX  75266-0360
9563234     Nissan-Infiniti LT,  Nissan Motor Acceptance Corp/Infinity,  PO Box 660360,
            Dallas, TX  75266-0360
9563233     Nissan-Infiniti Lt,  PO Box 660366,  Dallas, TX  75266-0366
9563236     Pnc Bank,  Attn: Bankruptcy Department,  PO Box 94982,  Cleveland, OH  44101-4982
9563237    +Pnc Bank, N.A.,  1 Financial Pkwy,  Kalamazoo, MI 49009-8002
9563238     Sallie Mae Bank Inc,  PO Box 3229,  Wilmington, DE  19804-0229
9563239     Santander Bank,  Mail Code: MA1-MB3-01-21,  2 William T Morrissey Blvd,
            Boston, MA  02125-3312
9563240     Santander Bank , NA,  PO Box 16255,  Reading, PA  19612-6255
9563241     Santander Bank NA,  PO Box 12646,  Reading, PA  19612-2646
9563235     paypal credit account,  PO Box 71202,  Charlotte, NC  28272-1202

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg        +E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Sep 17 2019 18:45:03
            NYS Department of Taxation & Finance,  Bankruptcy Unit,  PO Box 5300,
            Albany, NY 12205-0300
smg        +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Sep 17 2019 18:44:42
            Office of the United States Trustee,  Eastern District of NY (Brooklyn Office),
            U.S. Federal Office Building,  201 Varick Street, Suite 1006,  New York, NY 10014-9449
9563211     EDI: AMEREXPR.COM Sep 17 2019 22:33:00  Amex,  Correspondence/Bankruptcy,  PO Box 981540,
            El Paso, TX  79998-1540
9563212     EDI: AMEREXPR.COM Sep 17 2019 22:33:00  Amex,  PO Box 297871,
            Fort Lauderdale, FL  33329-7871
9563213     EDI: BANKAMER.COM Sep 17 2019 22:33:00  Bank of America,  PO Box 982238,
            El Paso, TX  79998-2238
9563214     EDI: BANKAMER.COM Sep 17 2019 22:33:00  Bank of America,  Attn: Bankruptcy,  PO Box 982238,
            El Paso, TX  79998-2238
9563215     EDI: TSYS2.COM Sep 17 2019 22:33:00  Barclays Bank Delaware,  Attn: Correspondence,
            PO Box 8801,  Wilmington, DE  19889-8801
9563216     EDI: TSYS2.COM Sep 17 2019 22:33:00  Barclays Bank Delaware,  PO Box 8803,
            Wilmington, DE  19889-8803
9563218     EDI: CAPITALONE.COM Sep 17 2019 22:33:00  Capital One Bank USA N,  15000 Capital One Dr,
            Richmond, VA  23238-1119
9563217     EDI: CAPITALONE.COM Sep 17 2019 22:33:00  Capital One,  Attn: Bankruptcy,  PO Box 30285,
            Salt Lake City, UT  84130-0285
9563219     EDI: CHASE.COM Sep 17 2019 22:33:00  Chase Card,  PO Box 15298,
            Wilmington, DE  19850-5298
9563220     EDI: CHASE.COM Sep 17 2019 22:33:00  Chase Card Services,  Attn: Bankruptcy,  PO Box 15298,
            Wilmington, DE  19850-5298
9563223     EDI: CITICORP.COM Sep 17 2019 22:33:00  Citicards Cbna,  Citi Bank,  PO Box 6077,
            Sioux Falls, SD  57117-6077
9563229     EDI: DISCOVER.COM Sep 17 2019 22:33:00  Discover Financial,  Attn: Bankruptcy Department,
            PO Box 15316,  Wilmington, DE  19850-5316
9563226     E-mail/Text: electronicbkydocs@nelnet.net Sep 17 2019 18:44:44
            Department of Education/Nelnet,  Attn: Claims,  PO Box 82505,  Lincoln, NE  68501-2505
9563227     E-mail/Text: electronicbkydocs@nelnet.net Sep 17 2019 18:44:44  Dept of Education/Neln,
            121 S 13th St,  Lincoln, NE  68508-1904
9563228     EDI: DISCOVER.COM Sep 17 2019 22:33:00  Discover Fin Svcs LLC,  PO Box 15316,
            Wilmington, DE  19850-5316
9563230     EDI: NAVIENTFKASMSERV.COM Sep 17 2019 22:33:00  Navient,  Attn: Bankruptcy,  PO Box 9000,
            Wilkes Barre, PA  18773-9000
9563243     EDI: RMSC.COM Sep 17 2019 22:33:00  Syncb/Toys 'R' US,  Attn: Bankruptcy,  PO Box 965004,
            Orlando, FL  32896-5004
9563242     EDI: RMSC.COM Sep 17 2019 22:33:00  Syncb/mc,  PO Box 965005,  Orlando, FL  32896-5005
9563244     EDI: CITICORP.COM Sep 17 2019 22:33:00  Thd/Cbna,  PO Box 6497,
            Sioux Falls, SD  57117-6497
9563245     EDI: WFFC.COM Sep 17 2019 22:33:00  Wells Fargo Bank,  Attn: Bankruptcy Dept,  PO Box 6429,
            Greenville, SC  29606-6429

```
District/off: 0207-1          User: admin              Page 2 of 2              Date Rcvd: Sep 17, 2019
                              Form ID: 318DF7          Total Noticed: 42
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
9563247          EDI: WFFC.COM Sep 17 2019 22:33:00     Wells Fargo Hm Mortgag,   8480 Stagecoach Cir,
                 Frederick, MD  21701-4747
9563246          EDI: WFFC.COM Sep 17 2019 22:33:00     Wells Fargo Bank Nv NA,   PO Box 31557,
                 Billings, MT  59107-1557
                                                                                   TOTAL: 24

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2019 at the address(es) listed below:
          Alan  Nisselson    anisselson@windelsmarx.com,
             theston@windelsmarx.com;mcorwin@windelsmarx.com;n159@ecfcbis.com
          Kevin  Zazzera    on behalf of Debtor Raymond T Johnson,, II kzazz007@yahoo.com
          Kevin  Zazzera    on behalf of Joint Debtor Vanessa M Johnson kzazz007@yahoo.com
          Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
                                                                                   TOTAL: 4
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1    **Raymond T Johnson, II** | Social Security number or ITIN | **xxx−xx−0289** |
| First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ | |
| Debtor 2    **Vanessa M Johnson** | Social Security number or ITIN | **xxx−xx−8476** |
| (Spouse, if filing)   First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ | |
| United States Bankruptcy Court    **Eastern District of New York** | | |
| Case number:   **1−19−43237−ess** | | |

## Order of Discharge and Final Decree

**Revised: 12/15**

### IT IS ORDERED:

A discharge under 11 U.S.C. § 727 is granted to:

     Raymond T Johnson, II                Vanessa M Johnson
     aka Raymond Thomas Johnson, II      aka Vanessa M Badolato

### IT IS FURTHER ORDERED:

- Alan Nisselson (Trustee) is discharged as trustee of the estate of the above−named debtor(s) and the bond is cancelled.

- The Chapter 7 case of the above−named debtor(s) is closed.

**BY THE COURT**

Dated: September 17, 2019           s/ Elizabeth S. Stong
                                 United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person(s) named as the debtor(s). It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor(s) a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor(s). A creditor who violates this order can be required to pay damages and attorney's fees to the debtor(s).

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts That are Not Discharged

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts;

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**